USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                             :
JORGE GONZALEZ,                         :
                                                             :
                                   Plaintiff,     :          1:25-cv-268-GHW
                                                             :
                          -v-                                          :                <u>ORDER</u>
                                                              :
BRAVO PIZZA ENTERPRISES INC., *et al.*,      :
                                                              :
                                                  Defendants.   :
                                                              :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On January 14, 2025, Plaintiff filed a notice of substitution of attorney, Dkt. No. 5, and on January 31, 2025, Plaintiff filed a notice of attorney's lien, Dkt. No. 10. Local Civil Rule 1.4(b) states that an attorney "may be relieved or displaced only by order of the court." It further states that "an affidavit is unnecessary . . . upon substitution of counsel by stipulation, if the stipulation is also signed by the client and, at the time of substitution, the new attorney does not intend to seek modification of any existing deadlines or dates for court appearances in the case." Local Civil Rule 1.4(b). Nonetheless, "a motion to withdraw is required whenever an attorney seeks to be relieved." *Id.*

        The Court has received no application for withdrawal, and no order granting withdrawal has been issued. The Court expects that any application to withdraw as counsel will be made in accordance with the Local Rules of this District.

        SO ORDERED.

Dated: February 3, 2025
       New York, New York

                                                                                     _____
                                                                                         GREGORY H. WOODS
                                                                              United States District Judge