USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                          :

JORGE GONZALEZ,

                                    Plaintiff,                        1:25-cv-268-GHW

                      -v-                                     ORDER

BRAVO PIZZA ENTERPRISES INC., *et al.*,

                                  Defendants.

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       At the conference held on the record on April 24, 2025, the parties informed the Court that Plaintiff consents to Defendants' request for vacatur of the entry of default against Defendants. The Court therefore orders that the entry of default against Defendants is vacated. The deadline for Defendants to answer or otherwise respond to the complaint is extended to May 24, 2025. The Clerk of Court is directed to vacate the entry of default against Defendants, Dkt. No. 25.

       SO ORDERED.

Dated: April 24, 2025
       New York, New York

                                                          _____
                                                             GREGORY H. WOODS
                                                        United States District Judge