UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JORGE GONZALEZ, *on behalf of himself, individually,*          Case No.: 1:25-CV-00268 (GHW)
*and on behalf of all others similarly situated*,

                          Plaintiffs,

                                                              **ANSWER TO FIRST
                                                              AMENDED CLASS
               -against-                                      AND COLLECTIVE
                                                              ACTION COMPLAINT**

BRAVO PIZZA ENTERPRISES, INC.,
PHILLIP GRATZ and KENNETH FELLUS,
individually

                          Defendants.
------------------------------------------------------------------------X

        Defendants Bravo Pizza Enterprises, Inc., Phillip Gratz and Kenneth Fellus (hereinafter

collectively referred to as "Defendants"), by and through their attorneys, Mango & Iacoviello,

LLP, for their Answer to the Complaint (the "Complaint") respectfully allege as follows:

### PRELIMINARY STATEMENT

        1.      Defendants admit that Plaintiff purports to bring this Action under the FLSA and

the NYLL, deny the remaining allegations contained in Paragraph 1 of the Complaint.

        2.      Defendants deny the allegations contained in Paragraph 2 of the Complaint.

        3.      Defendants deny the allegations contained in Paragraph 3 of the Complaint.

        4.      Defendants deny the allegations contained in Paragraph 4 of the Complaint.

        5.      Defendants admit that Plaintiff purports to bring this Action as a collective action,

denies the remaining allegations contained in Paragraph 5 of the Complaint.

        6.      Defendants deny the allegations contained in Paragraph 6 of the Complaint.

        7.      Defendants deny the allegations contained in Paragraph 7 of the Complaint.

        8.      Defendants deny the allegations contained in Paragraph 8 of the Complaint.

1

9. Defendants admit that Plaintiff purports to bring this Action under the NYLL, deny the remaining allegations contained in Paragraph 9 of the Complaint.

## JURISDICTION AND VENUE

10. Defendants admit that jurisdiction is proper in this Court.

11. Defendants admit the allegations contained in Paragraph 11 of the Complaint.

12. Defendants admit the allegations contained in Paragraph 12 of the Complaint.

## PARTIES

13. Defendants deny the allegations contained in Paragraph 13 of the Complaint.

14. Defendants deny the allegations contained in Paragraph 14 of the Complaint.

15. Defendants deny the allegations contained in Paragraph 15 of the Complaint.

16. Defendants deny the allegations contained in Paragraph 16 of the Complaint.

17. Defendants deny the allegations contained in Paragraph 17 of the Complaint.

18. Defendants deny the allegations contained in Paragraph 18 of the Complaint.

19. Defendants deny the allegations contained in Paragraph 19 of the Complaint.

20. Defendants deny the allegations contained in Paragraph 20 of the Complaint.

21. Defendants deny the allegations contained in Paragraph 21 of the Complaint.

22. Defendants deny the allegations contained in Paragraph 22 of the Complaint.

23. Defendants deny the allegations contained in Paragraph 23 of the Complaint.

24. Defendants deny the allegations contained in Paragraph 24 of the Complaint.

25. Defendants deny the allegations contained in Paragraph 25 of the Complaint.

26. Defendants deny the allegations contained in Paragraph 26 of the Complaint.

27. Defendants deny the allegations contained in Paragraph 27 of the Complaint.

28. Defendants deny the allegations contained in Paragraph 28 of the Complaint.

29. Defendants deny the allegations contained in Paragraph 29 of the Complaint.

30.    Defendants deny the allegations contained in Paragraph 30 of the Complaint.

**BACKGROUND FACTS**

31.    Defendants deny the allegations contained in Paragraph 31 of the Complaint.

32.    Defendants deny the allegations contained in Paragraph 32 of the Complaint.

33.    Defendants deny the allegations contained in Paragraph 33 of the Complaint.

34.    Defendants deny the allegations contained in Paragraph 34 of the Complaint.

35.    Defendants deny the allegations contained in Paragraph 35 of the Complaint.

36.    Defendants deny the allegations contained in Paragraph 36 of the Complaint.

37.    Defendants deny the allegations contained in Paragraph 37 of the Complaint.

38.    Defendants deny the allegations contained in Paragraph 38 of the Complaint.

39.    Defendants deny the allegations contained in Paragraph 39 of the Complaint.

40.    Defendants deny the allegations contained in Paragraph 40 of the Complaint.

41.    Defendants deny the allegations contained in Paragraph 41 of the Complaint.

42.    Defendants deny the allegations contained in Paragraph 42 of the Complaint.

43.    Defendants deny the allegations contained in Paragraph 43 of the Complaint.

44.    Defendants deny the allegations contained in Paragraph 44 of the Complaint.

45.    Defendants deny the allegations contained in Paragraph 45 of the Complaint.

46.    Defendants deny the allegations contained in Paragraph 46 of the Complaint.

47.    Defendants deny the allegations contained in Paragraph 47 of the Complaint.

48.    Defendants deny the allegations contained in Paragraph 48 of the Complaint.

## COLLECTIVE ACTION ALLEGATIONS

49.    Defendants deny the allegations contained in Paragraph 49 of the Complaint.

50.    Defendants deny the allegations contained in Paragraph 50 of the Complaint.

51.    Defendants deny the allegations contained in Paragraph 51 of the Complaint.

52.    Defendants deny the allegations contained in Paragraph 52 of the Complaint.

53.    Defendants deny the allegations contained in Paragraph 53 of the Complaint.

54.    Defendants deny the allegations contained in Paragraph 54 of the Complaint.

## RULE 23 CLASS ALLEGATIONS

55.    Defendants deny the allegations contained in Paragraph 55 of the Complaint.

56.    Defendants deny the allegations contained in Paragraph 56 of the Complaint.

57.    Defendants deny the allegations contained in Paragraph 57 of the Complaint.

58.    Defendants deny the allegations contained in Paragraph 58 of the Complaint.

### Numerosity & Ascertainability

59.    Defendants deny the allegations contained in Paragraph 59 of the Complaint.

60.    Defendants deny the allegations contained in Paragraph 60 of the Complaint.

### Common Questions of Law and/or Fact

61.    Defendants deny the allegations contained in Paragraph 61 of the Complaint.

### Typicality of Claims and/or Defenses

62.    Defendants deny the allegations contained in Paragraph 62 of the Complaint.

63.    Defendants deny the allegations contained in Paragraph 63 of the Complaint.

### Adequacy

64.    Defendants deny the allegations contained in Paragraph 64 of the Complaint.

65.    Defendants deny the allegations contained in Paragraph 65 of the Complaint.

66.    Defendants deny the allegations contained in Paragraph 66 of the Complaint.

**Superiority**

67.     Defendants deny the allegations contained in Paragraph 67 of the Complaint.

68.     Defendants deny the allegations contained in Paragraph 68 of the Complaint.

69.     Defendants deny the allegations contained in Paragraph 69 of the Complaint.

70.     Defendants deny the allegations contained in Paragraph 70 of the Complaint.

71.     Defendants deny the allegations contained in Paragraph 71 of the Complaint.

72.     Defendants deny the allegations contained in Paragraph 72 of the Complaint.

## FIRST CLAIM FOR RELIEF AGAINST DEFENDANTS
*Unpaid Overtime under the FLSA*

73.     Defendants deny the allegations contained in Paragraph 73 of the Complaint.

74.     Defendants deny the allegations contained in Paragraph 74 of the Complaint.

75.     Defendants deny the allegations contained in Paragraph 75 of the Complaint.

76.     Defendants deny the allegations contained in Paragraph 76 of the Complaint.

77.     Defendants deny the allegations contained in Paragraph 77 of the Complaint.

78.     Defendants deny the allegations contained in Paragraph 78 of the Complaint.

79.     Defendants deny the allegations contained in Paragraph 79 of the Complaint.

80.     Defendants deny the allegations contained in Paragraph 80 of the Complaint.

## SECOND CLAIM FOR RELIEF AGAINST DEFENDANTS
*Unpaid Overtime under the NYLL and the NYCRR*

81.     Defendants deny the allegations contained in Paragraph 81 of the Complaint.

82.     Defendants deny the allegations contained in Paragraph 82 of the Complaint.

83.     Defendants deny the allegations contained in Paragraph 83 of the Complaint.

84.     Defendants deny the allegations contained in Paragraph 84 of the Complaint.

85.    Defendants deny the allegations contained in Paragraph 85 of the Complaint.

86.    Defendants deny the allegations contained in Paragraph 86 of the Complaint.

## THIRD CLAIM FOR RELIEF AGAINST DEFENDANTS
*Failure to Pay Spread-of-Hours Pay in Violation of the NYLL and the NYCRR*

87.    Defendants deny the allegations contained in Paragraph 87 of the Complaint.

88.    Defendants deny the allegations contained in Paragraph 88 of the Complaint.

89.    Defendants deny the allegations contained in Paragraph 89 of the Complaint.

90.    Defendants deny the allegations contained in Paragraph 90 of the Complaint.

91.    Defendants deny the allegations contained in Paragraph 91 of the Complaint.

92.    Defendants deny the allegations contained in Paragraph 92 of the Complaint.

## FOURTH CLAIM FOR RELIEF AGAINST DEFENDANTS
*Failure to Furnish Proper Wage Notices in Violation of the NYLL and NYCRR*

93.    Defendants deny the allegations contained in Paragraph 93 of the Complaint.

94.    Defendants deny the allegations contained in Paragraph 94 of the Complaint.

95.    Defendants deny the allegations contained in Paragraph 95 of the Complaint.

96.    Defendants deny the allegations contained in Paragraph 96 of the Complaint.

97.    Defendants deny the allegations contained in Paragraph 97 of the Complaint.

98.    Defendants deny the allegations contained in Paragraph 98 of the Complaint.

99.    Defendants deny the allegations contained in Paragraph 99 of the Complaint.

### FIFTH CLAIM FOR RELIEF AGAINST DEFENDANTS
*Failure to Furnish Proper Wage Statements in Violation of the NYLL and the NYCRR*

100.    Defendants deny the allegations contained in Paragraph 100 of the Complaint.

101.    Defendants deny the allegations contained in Paragraph 101 of the Complaint.

102.    Defendants deny the allegations contained in Paragraph 102 of the Complaint.

103.    Defendants deny the allegations contained in Paragraph 103 of the Complaint.

104.    Defendants deny the allegations contained in Paragraph 104 of the Complaint.

105.    Defendants deny the allegations contained in Paragraph 105 of the Complaint.

106.    Defendants deny the allegations contained in Paragraph 106 of the Complaint.

### DEMAND FOR A JURY TRIAL

107.    Defendants deny the allegations contained in Paragraph 107 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted, either individually or collectively.

### SECOND AFFIRMATIVE DEFENSE

The claims are barred in whole or in part by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

The claims are barred in whole or in part by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

All actions taken by Defendants were undertaken in good faith and with reasonable grounds for believing such actions were not in violation of New York Law.

7

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims for liquidated damages are barred, in whole or in part, because all actions taken by Defendants were undertaken in good faith and with reasonable grounds for believing such actions were not in violation of New York Law.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of laches.

## EIGHTH AFFIRMATIVE DFEFENSE

Plaintiff fails to state a claim upon which prejudgment interest may be granted.

## NINTH AFFIRMATIVE DEFENSE

At all relevant times, the actions of Defendants were justified under the circumstances and at all relevant times Defendants acted in a manner that was proper, reasonable, lawful and in the exercise of good faith.

## TENTH AFFIRMATIVE DEFENSE

At no time did Defendants act in a willful, wanton, reckless, and/or malicious manner or with reckless disregard of New York Law.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the *de minimus* doctrine.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to equitable relief insofar as he has an adequate remedy at law.

**WHEREFORE**, Defendants respectfully request the Court enter a judgment:

    (a)     dismissing Plaintiff's Complaint in its entirety, with prejudice;

    (b)     granting Defendants attorneys' fees and costs incurred in this action; and

    (c)     granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       May 21, 2025

                               **MANGO & IACOVIELLO, LLP**

                               By:    ***/s/ Anthony G. Mango***
                                         Anthony G. Mango (AM-4962)
                                         14 Penn Plaza, Suite 1919
                                         New York, New York 10122
                                         E: *amango@mandilaw.com*
                                         T: (212) 695-5454

                                         *Attorneys for Defendants*
                                         *Bravo Pizza Enterprises, Inc.,*
                                         *Phillip Gratz and Kenneth Fellus*