Joseph & Norinsberg
Fighting for Employee Justice

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

**MEMORANDUM ENDORSED**

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

October 9, 2026

**Via ECF:**
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

**Re:** ***Gonzalez v. Bravo Pizza Enterprises Inc. et al***
Civil Docket No.: 1:25-cv-00268-GHW

Dear Judge Woods:

This office represents Jorge Gonzalez ("Plaintiff"). We write jointly with counsel for Defendants to request that, given the parties' settlement, the conference previously scheduled for October 14th, 2026 be adjourned *sine die*.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,

*/s/*
Madeline Howard, Esq.
**Joseph & Norinsberg, LLC**
*Attorneys for Plaintiffs*
Tel.: (212) 227-5700

*/s/*
Anthony Mango, Esq.
**Mango & Iacoviello, LLP**
*Attorneys for Defendants*
Tel.: (212) 695-5454

Application granted. The conference previously scheduled for October 14, 2026 was adjourned to November 30, 2026. Dkt. No. 58. The November 30, 2026 conference is adjourned *sine die*. The Clerk of Court is directed to terminate the pending motion at Dkt. No. 62.

ORDERED.

Dated: October 9, 2026
New York, New York

GREGORY H. WOODS
United States District Judge