USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2026

**MEMORANDUM ENDORSED**

Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

October 27, 2026

**Via ECF:**
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

**Re:** ***Gonzalez v. Bravo Pizza Enterprises Inc. et al***
Civil Docket No.: 1:25-cv-00268-GHW

Dear Judge Woods:

This office represents Jorge Gonzalez ("Plaintiff"). We write jointly with counsel for Defendants to request a two-week extension of the deadline to file the joint motion for Court approval of the parties' settlement, from October 29, 2026 until November 12, 2026. The parties are still in the process of finalizing the settlement agreement, but anticipate that the paperwork will be finalized and executed within the next two weeks. All parties consent to the proposed extension, and this is the first request for an extension of this deadline. We thank the Court for its time and consideration in this matter.

Respectfully submitted,

/s/
Madeline Howard, Esq.
**Joseph & Norinsberg, LLC**
*Attorneys for Plaintiffs*
Tel.: (212) 227-5700

/s/
Anthony Mango, Esq.
**Mango & Iacoviello, LLP**
*Attorneys for Defendants*
Tel.: (212) 695-5454

Application granted. The parties' deadline to file the joint motion for settlement approval is extended to November 12, 2026. The deadline for the parties to file a joint letter advising the Court whether they consent to conduct all further proceedings before the Magistrate Judge is extended to November 5, 2026. The parties should not disclose the identity of any party that does not consent, and the parties are free to withhold consent without negative consequences. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 64.

SO ORDERED.

Dated: October 27, 2026
New York, New York

GREGORY H. WOODS
United States District Judge