Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

November 12, 2026

**Via ECF:**
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

The parties have consented to have the undersigned conduct all proceedings in this case under 28 U.S.C § 636(c) and Fed. R. Civ. P. 73. (Dkt. No. 71). The parties' request at Dkt. No. 72 is **GRANTED**. The deadline for the parties to file their motion for Court approval of their settlement is **EXTENDED** to **November 25, 2026**.

SO ORDERED. November 13, 2026

SARAH L. CAVE
United States Magistrate Judge

**Re:** ***Gonzalez v. Bravo Pizza Enterprises Inc. et al***
Civil Docket No.: 1:25-cv-00268-GHW

Dear Judge Woods:

This office represents Jorge Gonzalez ("Plaintiff"). We write jointly with counsel for Defendants to request an extension of the deadline to file the joint motion for Court approval of the parties' settlement, from November 12, 2026, until November 25, 2026. All parties consent to the proposed extension, and this is the second request for an extension of this deadline. The Court granted the prior request for a two-week extension of this deadline until November 12, 2026 (Dkt. No. 65). We thank the Court for its time and consideration in this matter.

Respectfully submitted,

/s/
Diego O. Barros, Esq.
**Joseph & Norinsberg, LLC**
*Attorneys for Plaintiffs*
Tel.: (212) 227-5700

/s/
Anthony Mango, Esq.
**Mango & Iacoviello, LLP**
*Attorneys for Defendants*
Tel.: (212) 695-5454