Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

The parties' request at Dkt. No. 74 is **GRANTED**. The deadline for the parties to file their motion for Court approval of their settlement is **EXTENDED** to **December 7, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 74.

SO ORDERED. November 25, 2026

SARAH L. CAVE
United States Magistrate Judge

November 24, 2026

**Via ECF:**
The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

**Re:** ***Gonzalez v. Bravo Pizza Enterprises Inc. et al***
Civil Docket No.: 1:25-cv-00268-SLC

Dear Judge Cave:

This office represents Jorge Gonzalez ("Plaintiff"). We write jointly with counsel for Defendants to request an extension of the deadline to file the joint motion for Court approval of the parties' settlement, from November 25, 2026, until December 7, 2026. All parties consent to the proposed extension, and this is the third request for an extension of this deadline. The Court granted the prior requests for a two-week extension of this deadline until November 12, 2026 (Dkt. No. 65), and for an extension until November 25, 2026 (Dkt. No. 73). We thank the Court for its time and consideration in this matter.

Respectfully submitted,

*/s/ Diego O. Barros, Esq.*
Diego O. Barros, Esq.
**Joseph & Norinsberg, LLC**
*Attorneys for Plaintiffs*
Tel.: (212) 227-5700

*/s/ Anthony Mango, Esq.*
Anthony Mango, Esq.
**Mango & Iacoviello, LLP**
*Attorneys for Defendants*
Tel.: (212) 695-5454